AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

―――――――――― DISTRICT OF ――――――――――

ARTHUR L. CLARK ET. AL.

FILED
IN CLERK'S OFFICE
2005 NOV -4 P 1: 20
US DISTRICT COUR
DISTRICT OF MASS

SUMMONS IN A CIVIL CASE

V.

LYNNE BOSCHER ET. AL.

CASE NUMBER:

05-30163-MAP

TO: (Name and address of defendant)

JOHN SULLIVAN
18 CRESTWOOD CIRCLE
WESTFIELD MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PUDLO
P.O BOX 676
WEST SPRINGFIELD MASS. 01090

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

DATE    July 8, 2005

CLERK    Mary Finn

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE _11/1/5_ |
|---|---|
| NAME OF SERVER *(PRINT)* _James M. Kane_ | TITLE _Constable_ |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: _18 Crestwood Cir_ _Westfield_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other *(specify)*: _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _11/1/5_
_____Date_____

_James M. Kane_
*Signature of Server*

130 Maple St.
Suite 102
*Address of Server*
Springfield, MA 01103

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

FILED
IN CLERK'S OFFICE

ARTHU L. CLAK ET. AL.

SUMMONS IN A CIVIL CASE

2005 NOV -4 P 1:20

V.

CASE NUMBER: U.S. DISTRICT COU.
DISTRICT OF MASS.
05-30163-MAP

LYNNE BOSCHER ET. AL.

TO: (Name and address of defendant)

KEVIN BOWLER
101 BIG WOOD DRIVE
WESTFIELD MASSACHUSETTS,

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J PUDLO
P,O BOX 676
WEST SPRINGFIELD MASS 01090

an answer to the complaint which is herewith served upon you, within _____30_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

**SARAH A. THORNTON**

_July 8 2005_

_____
CLERK

_Mary Finn_

_____
(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE | 11/1/5 |
| NAME OF SERVER *(PRINT)* James M. Kane | TITLE | Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Margaret Rousseau
mother in - law

☐ Returned unexecuted: _____

☐ Other *(specify):* _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11/1/5___
Date

_James McKane_
Signature of Server

130 Maple St.
Address of Server
Suite 102
Springfield, MA 01103

_____
(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

─────────────── DISTRICT OF ───────────────

ARTHUR L. CLARK ET. AL,

FILED
IN CLERK'S OFFICE

SUMMONS IN A CIVIL CASE

V.

2005 NOV -4 P 1: 20

CASE NUMBER:

LYNNE BOSCHER ET. AL.

05-30163-MAP
US DISTRICT COURT
DISTRICT OF MASS.

TO: (Name and address of defendant)

WILLIAM ONSKI

37 HILLCREST CIRCLE

WESTIELD MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J PUDLO
P.O BOX 676
WEST SPRINGFIELD, MASS. 01090

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

_____
CLERK

*Mary Finia*

_____
(BY) DEPUTY CLERK

*July 8, 2005*
_____
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 11/1/5 | |
| NAME OF SERVER (PRINT) JAMES M. KANE | TITLE Constable | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: *Gina Oneski, wife*

☐ Returned unexecuted: _____

☐ Other *(specify):* _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/1/5
_____
Date

*Signature of Server*

130 Maple St.
Suite 102
_____
*Address of Server*
Springfield MA 01103

# United States District Court

CLERK'S OFFICE

_____ DISTRICT OF _____

a4     ARTHUR L.CLARK ET. AL.                    2005 NOV -4 P 1: 20

SUMMONS IN A CIVIL CASE
U.S. DISTRICT COURT
DISTRICT OF MASS.

V.                         CASE NUMBER:

05-30163-MAP

LYNNE BOSCHER ET. AL.

TO: (Name and address of defendant)

MARTIN CANTY
30SHAKER ROAD
WESTFIELD MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PUDLO

P.O BOX 676
WEST SPRINGFIELD MASS. 01090

an answer to the complaint which is herewith served upon you, within ____20____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

## SARAH A. THORNTON

_____
CLERK

_____
(BY) DEPUTY CLERK

_July 8, 2005_
_____
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

_Check one box below to indicate appropriate method of service_

☒ Served personally upon the defendant. Place where served: 30 SAPKER ROAD WESTFIELD, MA 01085

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11/1/5___
        Date

_Signature of Server_

Maple St.
Suite 102
Springfield, MA 01105
_Address of Server_

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

——————————— DISTRICT OF ———————————

ARTHUR L. CLARK ET. AL.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 05-30163-MAP

LYNNE BOSCHER ET. AL.

FILED
IN CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS.

TO: (Name and address of defendant)

JOSEPH SPAGNOLI
52 MOCKINGBIRD LANE
WESTFIELD MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PUDLO
P.O BOX 676
WEST SPRINGFIELD MASS 01090

an answer to the complaint which is herewith served upon you, within _20_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
_____
CLERK

_Mary Finn_
_____
(BY) DEPUTY CLERK

_July 8 2005_
_____
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | *11/1/5* |
| NAME OF SERVER (PRINT) *JAMES M. Kane* | TITLE *Constable* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left *Laretta Reynolds*

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____*11/1/5*_____
       Date

*James M. Kane*
Signature of Server

130 Maple St.
Suite 102
Address of Server
Springfield, MA 01103

---

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

—————————— DISTRICT OF ——————

FILED
IN CLERK'S OFFICE

ARTHUR L. ET. AL.

2005 NOV -4 P 1: 20

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: U.S. DISTRICT COURT
DISTRICT OF MASS.
05-30163-MAP

LYNNE BOSCHER ET. AL.

TO: (Name and address of defendant)

ANTHONY PETRUCELLI

17 PUMPKIN LANE

WESTFIELD , MASSAACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J PUDLO

P O, BOX676

WEST SPRINGFIELD ,MASS 01090

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

## SARAH A. THORNTON

————————————————
CLERK

_Mary Finn_

————————————————
(BY) DEPUTY CLERK

_July 8, 2005_
————————————————
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE *11/1/5* |
|---|---|
| NAME OF SERVER *(PRINT)* *JAMES M. KANE* | TITLE *Constable* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
.......................................................................................................................

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: *Martha Petucelli*

☐ Returned unexecuted:
.......................................................................................................................
.......................................................................................................................
.......................................................................................................................

☐ Other *(specify)*:
.......................................................................................................................
.......................................................................................................................

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *11/1/5*
        *Date*

_____
Signature of Server

*130 Maple St.*
*Suite 102*
_____
Address of Server

*Springfield MA 01103*

---

[1]    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

―――――――――― DISTRICT OF ――――――――――

ARTHUR L. CLARK ET. AL.

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

05-3016 BS MAP

LINNE BOSCER ET. AL.

FILED
IN CLERK'S OFFICE
2005 NOV -4 P 1: 19
U.S. DISTRICT COURT
DISTRICT OF MASS.

TO: (Name and address of defendant)

RANDALL RACINE
52EAST GLENN DRIVE
WESTFIELD MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PUDLO
P,O BOX676
WEST SPRINGFIELD ,MASS. 01090

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

## SARAH A. THORNTON

―――――――――――――――――
CLERK

Mary Finn

―――――――――――――――――
(BY) DEPUTY CLERK

July 8, 2005
―――――――――――――――――
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE *11/1/5* |
| NAME OF SERVER *(PRINT)* *James M. Kane* | TITLE *Constable* |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other *(specify):* *Left Last and USAA and followed by first class mail to same*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *10/1/05*
_____
Date

*James M. Kane*
_____
Signature of Server

130 Maple St.
Suite 102
_____
Address of Server
Springfield, MA 01103

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
IN CLERK'S OFFICE

───────────────── DISTRICT OF ─────────────────

ARTHUR L. CLARK ET. AL.

2005 NOV -4  P 1: 19

**SUMMONS IN A CIVIL CASE**
DISTRICT OF MASS.

V.

CASE NUMBER:

05-30163-MAP

LYNNE BOSCHER ET.AL.

TO: (Name and address of defendant)

JAMES CASEY
50 dANIEL RIDGE
WESTFIELD MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PUDLO
P.O BOX  676
WEST SPRINGFIELD MASS. 01090

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

July 8. 2005

─────────────────────────
CLERK

Mary Finn

─────────────────────────
(BY) DEPUTY CLERK

─────────────────────────
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 11/1/5 |

| NAME OF SERVER *(PRINT)* James M. Kane | TITLE Constable |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Amy Casey
Daughter

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other *(specify):* _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/1/5
_____
Date

_____
Signature of Server

130 Maple St.
Suite 102
_____
Address of Server
Springfield, MA 01103

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

———————————— DISTRICT OF ————————————

FILED
IN CLERK'S OFFICE

ARTHUR L. CLARK ET AL.

v.

LYNNE BOSCHER ET AL.

**SUMMONS IN A CIVIL CASE**

2005 NOV -4 P 1: 19

CASE NUMBER 05-30163-MAP

U.S. DISTRICT COURT
DISTRICT OF MASS.

TO: (Name and address of defendant)

Adam Liptak, Jr.
6 Wintergreen Lane
Westfield, Mass.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PUDLO
P.O. BOX 676
WEST SPRINGFIELD, MASS. 01090

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

_____
CLERK

_____
(BY) DEPUTY CLERK

DATE    10/20/05

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 11/1/5 | |
| NAME OF SERVER (PRINT): James M. Kane | TITLE Constable | |
| Check one box below to indicate appropriate method of service | | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _Left last and usual and followed_
_by first class mail to same_

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __11/1/5__                    _[signature]_
                Date                         Signature of Server

                                         Maple St.
                                         Suite 102
                    Address of Server
                                         _____field, MA 01___

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

———————————— DISTRICT OF ————————————

FILED
IN CLERK'S OFFICE

ARTHUR L. CLARK ET. AL.

2005 NOV -4 P 1: 19

**SUMMONS IN A CIVIL CASE**

U.S. DISTRICT COURT
DISTRICT OF MASS.

V.

CASE NUMBER:    05-30163-MAP

LYNNE BOSCHER ET. AL.

TO: (Name and address of defendant)

> CHARLES MEDEIROS
> 8 WOODSIDE TERRACE
> WESTFIELD MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> WILLIAM J. PUDLO
> P.O BOX 676
> WEST SPRINGFIELD MASS. 01090

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
_____
CLERK

_Mary Finn_
_____
(BY) DEPUTY CLERK

_July 8, 2005_
_____
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 11/1/5 |
| NAME OF SERVER (PRINT) James M. Kane | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left Last and usual and followed by first class mail to same

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/1/5
_____
Date

_____
Signature of Server

_____
Address of Server
130 Maple St
Suite 102
Springfield MA 01103

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

──────────────── DISTRICT OF ──────────────────

ARTHUR L. CLARK ET. AL.

FILED
IN CLERK'S OFFICE

SUMMONS IN A CIVIL CASE: 19

V.

CASE NUMBER:  05-30163-MAP

U.S DISTRICT COU.
DISTRICT OF MASS.

LYNNE BOSCHER ET. AL.


TO: (Name and address of defendant)

RONALD COLE
71ZEPHYR DRIVE
WESTFIELD MASSACHUSETTS


**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PUDLO
P.O .BOX 676
WEST SPRINGFIELD MASS. 01090


an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.


SARAH A. THORNTON
─────────────────────────
CLERK

*Mary Lipp*
─────────────────────────
(BY) DEPUTY CLERK

*July 8 2005*
─────────────────────────
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 11/1/5 |
|---|---|
| NAME OF SERVER (PRINT) James M. Kane | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Left Last and usual and followed by first class mail same

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11/1/5___
　　　　　　　　Date

_____
Signature of Server

130 Maple St
Suite 102
Springfield, MA 01103
Address of Server

_____
(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF _____

ARTHUR L. CLARK ET AL.

V.

LYNN BOSCHER ET AL.

IN CLERK'S OFFICE

2005 NOV -4 P 1: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   05-30163-MAP

TO: (Name and address of defendant)

> David Knapik
> 43 East Silver Street
> Westfield, Mass.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PUDLO
P.O. BOX 676
West Springfield, Mass. 01090

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

_____
CLERK

_Mary Finn_

_____
(BY) DEPUTY CLERK

_July 8, 2005_
_____
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE *11/1/5* |
| NAME OF SERVER *(PRINT)* *JAMES M. KANE* | TITLE *CONSTABLE* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☒ Other (specify): *Left Last and usual and followed*
*By First Class Mail to Same*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *11/1/5*
Date

_____
Signature of Server

*130 Maple St.*
*Suite 102*
*Springfield, MA 01103*
Address of Server

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

———————— DISTRICT OF ————————————————————

ARTHUR L. CLARK ET. AL.

FILED
IN CLERK'S OFFICE

SUMMONS IN A CIVIL CASE

V.                                    CASE NUMBER: 05-30163-MAP

U.S. DISTRICT COURT
DISTRICT OF MASS.

LINNE BOSCHER ET. AL.


TO: (Name and address of defendant)

DAVID BANNISH
147 GRANVILLE ROAD
WESTFIELD MASSACHUSETTS


**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PUDLO
P.O BOX 676
WEST SPRINGFIELD MASS. 01090


an answer to the complaint which is herewith served upon you, within _____ 20 _____ days af er
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.


## SARAH A. THORNTON

_____
CLERK

_Mary Finn_

_____
(BY) DEPUTY CLERK

_July 8 2005_
_____
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 11/1/5 |
| NAME OF SERVER (PRINT)  James M. Kane | TITLE  CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____

☒ Other (specify):  Left Last And usual And
followed By first Class Mail to same

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11/1/5___
               *Date*

_____
*Signature of Server*

1537 Maple St.
Suite 102
Springfield, MA 01103
*Address of Server*

--------

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

FILED
IN CLERK'S OFFICE

ARTHUR L. CLARK ET. AL.

2005 NOV -4 P 1: 19

## SUMMONS IN A CIVIL CASE

U.S. DISTRICT COURT
CASE NUMBER: DISTRICT OF MASS.

V.

05-30163-MAP

LYNNE BOSCHER ET. AL.

TO: (Name and address of defendant)

> JOHN WYSOCKI
> 70 WEST SILVER STREET
> WESTFIELD MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> WILLIAM JPUDLO
> P,O BOX 676
> WEST SPRINGFIELD MASS 01090

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

## SARAH A. THORNTON

_____
CLERK

July 8, 2005
_____
DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 11/1/5 |

NAME OF SERVER (PRINT)  JAMES M. PAINE    TITLE CONSTABLE

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   LEFT LAST AND usual AND followed BY first CLASS MAIL TO SAME

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11/1/5___
Date

_____
Signature of Server

150 Maple St.
Suite 102
Springfield MA 01103
Address of Server

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

―――――― DISTRICT OF ――――――

FILED
IN CLERK'S OFFICE

ARTHUR L. CLARK ET. AL.

SUMMONS IN A CIVIL CASE

2005 NOV -4 P 1: 19

V.

CASE NUMBER:  U.S. DISTRICT COURT
DISTRICT OF MASS.
05-30163-MAP

LYNNE BOSCEHER ET. AL.


TO: (Name and address of defendant)

LEE PEREZ
12 MALONE AVENUE
WESTFIELD MASSACHUSETTS


**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PUDLO
P.O BOX  676
WEST SPRINGFIELD MASS. 01090


an answer to the complaint which is herewith served upon you, within _____20_____ days a ter
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be ta ken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court with n a
reasonable period of time after service.


SARAH A. THORNTON

_____          _____July 8, 2005_____
CLERK                                 DATE

_Mary Finn_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE _11/1/5_ |
| NAME OF SERVER *(PRINT)* James M. Kane | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _Left Last And usual And followed By first class mail to same_

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11/1/5___
　　　　　　　*Date*

Signature of Server

130 Maple St.
*Address of Server* Suite 102
Springfield, MA 01103

(1)　As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

_____ DISTRICT OF _____

ARTHUR L. CLARK ET. AL.

V.

LYNNE BOSCHER ET. AL.

FILED
IN CLERK'S OFFICE

2005 NOV -4 P 1:19

**SUMMONS IN A CIVIL CASE**

U.S. DISTRICT COURT
CASE NUMBER: DISTRICT OF MASS.
05-30163-MAP

TO: (Name and address of defendant)

PHILIP MCECEWAN

153 WESTERN AVENUE,
WESTFIELD MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J PUDLO
P,O BOX 676
WEST SPRINGFIELD MASS. 01090

an answer to the complaint which is herewith served upon you, within _____20_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

**SARAH A. THORNTON**

_____
CLERK

_Mary Lenn_

(BY) DEPUTY CLERK

_July 8 2005_
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  11/1/5 |
| NAME OF SERVER (PRINT)  James M. Kane | TITLE  Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

☑ Other (specify): Left Last and usual and follows) By first class mail to same

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/1/5
_____  _____
*Date*          *Signature of Server*

13 Maple St.
Suite 102
Springfield, MA 01103
*Address of Server*

_____

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

————————————— DISTRICT OF —————————————

ARTHUR L. CLARK ET. AL.

V.

LYNNE BOSCHER ET. AL.

FILED
IN CLERK'S OFFICE

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-30163-MAP

2005 NOV -4 P 1: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

TO: (Name and address of defendant)

THOMAS FLAHERTY
79-WIDFLOWER CIRCLE
WESTFIELD MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PUDLO
P.O BOX 676
WEST SPRINGFIELD MASS 01090

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

_____

(BY) DEPUTY CLERK

DATE _____July 8 2005_____

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 11/1/5 |
| NAME OF SERVER (PRINT)  James M. Kane | TITLE  Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): Left last and usual and followed by first class mail to same

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11/1/5___
                Date

_____
Signature of Server

130 Maple St.
_____
Address of Server   Suite 102
                Springfield, MA 01103

___

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

———————————— DISTRICT OF ————————————

ARTHUR L. CLARK ET. AL.

FILED
IN CLERK'S OFFICE

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 05-30163-MAP

U.S. DISTRICT COURT
DISTRICT OF MASS.

LYNNE BOSCHER ET. AL.

TO: (Name and address of defendant)

RICHARD K. SULLIVAN
029 WILDFLOWER CIRCLE

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PUDLO
P.O BOX 668
WEST SPRINGFIELD MASS 01090

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

_____
CLERK

*Mary Finn*

_____
(BY) DEPUTY CLERK

*July 8, 2005*

_____
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 11/1/5 |
| NAME OF SERVER (PRINT) James M. Hare | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left LAST AND USUAL AND followed
BY FIRST CLASS MAIL TO SAME

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __11/1/5__
          *Date*

Signature of Server

136 Maple St.
Suite 102
Springfield, MA 01103
*Address of Server*

---

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

ARTHUR L. CLARK ET. AL.

V.

LYNNE BOSCHER ET. AL.

FILED
IN CLERK'S OFFICE

2005 NOV -4 P 1: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:  05-30163-MAP

TO: (Name and address of defendant)

BRIAN SULLIVAN
~~33 WOODSONG ROAD~~ 12 Skinner Ter
WESTFIELD MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PUDLO
P.O. BOX 676
WEST SPRINGFIELD MASS .01090

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

## SARAH A. THORNTON

_____
CLERK

_Mary Finn_

_____
(BY) DEPUTY CLERK

_July 8 2005_
_____
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 11/1/5 |
| NAME OF SERVER (PRINT) James M. Hank | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): By Leaving Last and usual AT 18 Sherwood Ave, and followed to same By First class mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/1/5
_____Date_____    _____Signature of Server_____

130 Maple St.
Suite 102
Springfield, MA 01103
_____Address of Server_____

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

———————————— **DISTRICT OF** ————————————

ARTHUR L. CLARK ET. AL.

FILED
IN CLERK'S OFFICE

2005 NOV -4 P 1: 19

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

U.S. DISTRICT COU..
DISTRICT OF MASS.
05-30163-MAP

LYNNE BOSCHER ET. AL.

TO: (Name and address of defendant)

BRENT BEAN
94 RIDGECREST DRIVE
WESTFIELD MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PUDLO
P.O BOX 676
WEST SPRINGFIELD MASS .01090

an answer to the complaint which is herewith served upon you, within _____20_____ days af er
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

SARAH A. THORNTON

_____
CLERK

_Mary Finn_

_____
(BY) DEPUTY CLERK

_July 8, 2005_

_____
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 11/1/5 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) James McKane | TITLE Constable |

_Check one box below to indicate appropriate method of service_

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☒ Other (specify): Left Last and usual and followed
By first class mail to same

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _11/1/5_
               _Date_

_Signature of Server_

130 Maple St,
Suite 102
_Address of Server_ Springfield MA 01103

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF _____

ARTHUR L. CLARK ET. AL.

FILED
IN CLERK'S OFFICE

**SUMMONS IN A CIVIL CASE**

2005 NOV -4 P 1: 19

V.

CASE NUMBER: U.S. DISTRICT COURT
DISTRICT OF MASS
05-30163-MAP

LYNNE BOSCHER ET. AL.

TO: (Name and address of defendant)

ANDREW DENARDO
45 OLD QUARRY ROAD

WESTFIELD MASSACHUSETTES

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PUDLO
P.O BOX 676
WEST SPRINGFIELD MASS 01090

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

_____
CLERK

_____
(BY) DEPUTY CLERK

_July 08 2005_
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 11/1/5 | |
| NAME OF SERVER (PRINT) *James M. Kane* | TITLE *Constable* | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: *Jason Dudek wife*

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/1/5
Date

_____
Signature of Server

30 Maple St.
Address of Server
Springfield, MA 01103

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

──────────────── **DISTRICT OF** ────────────────

ARTHUR L. CLARK ET. AL.

2005 NOV -4 P 1:19

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

05-30163-MAP

LYNNE BOSCHER ET. AL.

TO: (Name and address of defendant)

CHRISTOPHER CREAN
65 RACHAEL TERRACE
WESTFIELD MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PUDLO
P.O BOX 676
WEST SPRINGFIELD MASS. 01090

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

_____
CLERK

Mary Finn

_____
(BY) DEPUTY CLERK

July 8, 2005
_____
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 11/1/5 | |
| NAME OF SERVER *(PRINT)* James M. Kane | TITLE Constable | |
| Check one box below to indicate appropriate method of service | | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Leaving Last and usual and followed by first class mail to same

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11/1/5___    _____
Date                          Signature of Server

_____
Address of Server

**130 Maple St.**
**Suite 102**
**Springfield, MA 01103**

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF _____

ARTHUR L. CLARK ET. AL.

FILED
IN CLERK'S OFFICE

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

LYNNE BOSCHER ET. AL.

05-30163-MAP

DISTRICT OF MASS.

TO: (Name and address of defendant)

BARBARA SWORDS
183 HIGHLAND AVENUE
WESTFIELD MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J.PUDLO
P.O BOX 676
WEST SPRINGFIELD MASS 01090

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

_____
CLERK

_Mary Finn_

_____
(BY) DEPUTY CLERK

_July 8 2005_
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  11/1/5 |
| NAME OF SERVER (PRINT)  James M. Kane | TITLE  Constable |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 183 Highland Ave
Westfield

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11/1/5___
Date

Signature of Server

130 Maple St.
Address of Server

Suite 702

Springfield, MA 01103

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

———————————— DISTRICT OF ————————————

ARTHUR L. CLARK ET. AL.

FILED
IN CLERK'S OFFICE

SUMMONS IN A CIVIL CASE ⊅ 1: 19

V.

CASE NUMBER:    05-30163-MAB
DISTRICT COURT
DISTRICT OF MASS.

LYNNE BOSCHER ET. AL.

TO: (Name and address of defendant)

?

JANA CATUCCIO
7 HAWTHORNE AVENUE
WESTFIED MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J PUDLO
P.O BOX 676
WEST SPRINGFIELD MASS 01090

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

_____          July 8, 2005
CLERK                               _____
Mary Finn                           DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 11/1/3 | |
| NAME OF SERVER (PRINT) James M. Kane | TITLE Constable | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _Robert Catuccio_
_Husband_

☐ Returned unexecuted: _____

☐ Other *(specify):* _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _11/1/5_          _James M. Kane_
Date                    Signature of Server
                   150 Maple St.
                   Address of Server    102
                   Springfield MA 01105

_____
(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

—————————————— DISTRICT OF ——————————————

ARTHUR L. CLARK ET AL.

V.

LYNNE BOSCHER ET AL.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-30163 MAP

FILED
IN CLERK'S OFFICE

2005 NOV -4 P 1: 19

U.S. DISTRICT COU
DISTRICT OF MASS

TO: (Name and address of defendant)

Christopher Keefe
149 Yeoman Avenue
Westfield, Mass.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PUDLO
P.O. BOX 676
WEST SPRINGFIELD, MASS. 01090

an answer to the complaint which is herewith served upon you, within _____20_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court with n a
reasonable period of time after service.

## SARAH A. THORNTON

CLERK

(BY) DEPUTY CLERK

DATE 10/28/05

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE _11/1/5_ |
| NAME OF SERVER (PRINT) _James M. Kane_ | TITLE _Constable_ |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____ _wife, Joan Keefe_ _____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other *(specify):* _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _11/1/5_
_____
Date

_James M. Kane_
_____
Signature of Server

150 Maple St.
Suite 102
Springfield, MA 01103
_____
Address of Server

_____

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

——————————— DISTRICT OF ———————————

ARTHUR L. CLARK ET. AL.

FILED
IN CLERK'S OFFICE

2005 NOV -4  P 1: 19

## SUMMONS IN A CIVIL CASE

U.S. DISTRICT COURT
DISTRICT OF MASS.

V.

CASE NUMBER:  )   )05-30163-MAP

LYNNE BOSCHER ET. AL.

TO: (Name and address of defendant)

LYNNE BOSCHER

3 8 MILL STREET WESTFIELD
MASSACHUSETTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PUDLO
P.O. BOX 676

WEST SPRINFIELD , MASS. 01090

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**
_____
CLERK

_Mary Finn_

_____
(BY) DEPUTY CLERK

_July 8 2005_
_____
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 11/1/5 |
| NAME OF SERVER (PRINT) James M. Kane | TITLE Constable |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 50 NcWSt Westfield, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/1/5
_Date_

_James M. Kane_
Signature of Server

130 Maple St.
Suite 102
Springfield, MA 01103
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.