UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

ARTHUR L. CLARK, et al.,
      Plaintiffs

    V.                          CIVIL ACTION NO. 05-30163-MAP

LYNNE BOSCHER, et al.,
      Defendants.

## DEFENDANTS' MOTION TO DISMISS

The Defendants in the above-captioned action (collectively, the "City of Westfield")
move this Court, pursuant to the Federal Rules of Civil Procedure, to dismiss the Plaintiffs'
Complaint.  The grounds for this motion, as more fully set forth in the accompanying
memorandum, are summarized as follows:

A.      The Plaintiffs' claims are not properly before this court because ordinary land use
disputes do not give rise to federal claims.  The Plaintiffs seek compensatory and exemplary
relief based on the City of Westfield's decision to deny their subdivision application.  Federal
courts "do not sit as a super zoning board or a zoning board of appeals."  Raskiewicz v. Town of
New Boston, 754 F.2d 38, 44 (1st Cir. 1985).  "[W]here, as here, the state offers a panoply of
administrative and judicial remedies, litigants may not ordinarily obtain federal court review of
local zoning and planning disputes by means of 42 U.S.C. § 1983."  Id.  The Complaint should
be dismissed because the Plaintiffs' claim constitutes a local land use issue, not a federal
constitutional question.

B.    This Court should refrain from hearing this case, pursuant to the doctrine of Younger abstention, because the plaintiffs' claims are currently pending in state court.  The Plaintiffs initiated three lawsuits in Massachusetts state courts -- one of which was dismissed, and two of which are still pending -- as a result of the City of Westfield's denial of their subdivision application.  The factual and legal issues raised by Plaintiffs' Complaint are currently before the Land Court Department of the Trial Court of Massachusetts.  Because Plaintiffs' claims are currently in litigation and involve important state interests, this court should apply the Younger abstention doctrine and refrain from hearing this case.


WHEREFORE, the Defendants hereby request that the Court dismiss the Plaintiffs' Complaint.

LYNNE BOSCHER, PHILIP McEWAN, KEVIN BOWLER, ANTHONY PETRUCELLI, RANDALL RACINE, JOHN WYSOCKI, WILLIAM ONYSKI and ANDREW DENARDO Individually and as MEMBERS OF THE WESTFIELD PLANNING BOARD DURING 2003, JOHN SULLIVAN, RONALD COLE and THOMAS FLAHERTY Individually and as WESTFIELD SEWER COMMISSIONERS DURING 2002, JANA CANTUCCIO, JOSEPH SPAGNOLI and LEE PEREZ, Individually and as WESTFIELD WATER COMMISSIONERS DURING 2002, RICHARD K. SULLIVAN, Individually and as MAYOR OF THE CITY OF WESTFIELD and CHARLES MEDEIROS, BARBARA SWORDS, ADAM LIPTAK, JR., DAVID BANNISH, BRENT BEAN, BRIAN SULLIVAN, CHRISTOPHER CREAN, JAMES CASEY, MARTIN CANTY, DANIEL KNAPIK AND CHRISTOPHER KEEFE, Individually and as MEMBERS OF THE WESTFIELD CITY COUNCIL DURING 2003,

By their attorneys,


/s/ Kenneth C. Pickering
Kenneth C. Pickering, BBO #634121
Jessica H. Munyon, BBO # 658729
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Dated: December 19, 2005           Fax:    (508) 791-8502


## CERTIFICATE OF SERVICE

I, Kenneth C. Pickering, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, via overnight mail, postage prepaid, to William J. Pudlo, Esq. P.O. Box 676, West Springfield, MA 01090.

/s/ Kenneth C. Pickering
Dated: December 19, 2005           Kenneth C. Pickering

{H:\PA\Lit\14905\12002\A0862873.DOC}