UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**Western Division**  Case # 3:05-cv-30163-MAP

ARTHUR L. CLARK and RITA M. CLARK, Individually, RAYMOND A. CLARK, RICHARD J. CLARK, JAMES F. CLARK, ARTHUR J. CLARK TRUSTEES of the E. Mt. Rd. NOMINEE TRUST, and as TRUSTEES OF THE ARTHUR L. CLARK FAMILY TRUST and as TRUSTEES OF CLARK SONS REALTY TRUST, THEODORE PEREZ, Individually and GOLDEN ACRES DEVELOPMENT CORP., Plaintiffs

v.

LYNNE BOSCHER, PHILIP McEWAN, KEVIN BOWLER, ANTHONY PETRUCELLI, RANDALL RACINE, JOHN WYSOCKI, WILLIAM ONYSKI and ANDREW DENARDO Individually and as MEMBERS OF THE WESTFIELD PLANNING BOARD DURING 2003, JOHN SULLIVAN, RONALD COLE and THOMAS FLAHERTY Individually and as WESTFIELD SEWER COMMISSIONERS DURING 2002, JANA CANTUCCIO, JOSEPH SPAGNOLI and LEE PEREZ, Individually and as WESTFIELD WATER COMMISSIONERS DURING 2002, RICHARD K. SULLIVAN, Individually and as MAYOR OF THE CITY OF WESTFIELD and CHARLES MEDEIROS, BARBARA SWORDS, ADAM LIPTAK,JR., DAVID BANNISH, BRENT BEAN, BRIAN SULLIVAN CHRISTOPHER CREAN, JAMES CASEY, MARTIN CANTY, DANIEL KNAPIK AND CHRISTOPHER KEEFE, Individually and as MEMBERS OF THE WESTFIELD CITY COUNCIL DURING 2003

## PLAINTIFFS' ASSENTED TO MOTION TO EXTEND TIME TO FILE OPPOSITIONTO DEFENDANTS' MOTION TO DISMISS

Now come the Plaintiffs in the above captioned action and move this Honorable Court to extend the time for the Plaintiffs to file their opposition to January 31, 2006.

As grounds for this motion, the Plaintiffs, through Counsel, state that Plaintiffs' Counsel has been required to provide care and aftercare to his mother and sister during

their current post-surgical treatments for cancer and requires additional time to complete the opposition to the Defendants' Motion to Dismiss.

Further, the Defendants, through Counsel, have assented to this Motion by telephone and will not be prejudiced by the extension.

WHEREFORE, the Plaintiffs request that this Honorable Court grant the Plaintiffs' Counsel an extension to file any opposition to the Defendants' Motion to Dismiss until January 31, 2006 and take no action on the Defendants' Motion until after that date.

                                    The Plaintiffs,
by their Attorney,

William J. Pudlo
P.O. Box 676
West Springfield, Mass. 01090
Telephone: (413) 739-4000
FAX: (413) 739-3620
BBO #407640

Assented to by Telephone:

Kenneth C. Pickering
100 Front Street
Worcester, Mass. 01608-1477
Telephone: (508) 860-1544
FAX: (508) 791-8502

\win\word\ClarkPerezFederalMotiontoExtendTime1