# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

ARTHUR L. CLARK, ET AL.,

    Plaintiff(s)

        v.                  CIVIL ACTION NO. 3:05-30163 -MAP

LYNNE BOSCHER, ET AL.,

    Defendant(s)

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Lynne Boscher, et al., against the plaintiffs Arthur L. Clark, et al., pursuant to the court's memorandum and order entered this date, granting the defendants motion to dismiss.

                                                 **SARAH A. THORNTON**,
                                                 CLERK OF COURT

Dated:  September 13, 2006         By /s/ Maurice G. Lindsay
                                             Maurice G. Lindsay
                                             Deputy Clerk