UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : C.A. 05-30163-MAP

ARTHUR L. CLARK, ET AL,

v.

LYNNE BOSCHER, ET AL

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

#'S 1 - 14

and contained in   1   Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/11/06 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on . 10/11/06

Sarah A Thornton, Clerk of Court

By:   /s/ Mary Finn
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____ .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:   _____

APPEAL

# United States District Court
## District of Massachusetts (Springfield)
### CIVIL DOCKET FOR CASE #: 3:05-cv-30163-MAP

Clark et al v. Boscher et al  
Assigned to: Judge Michael A Ponsor  
Demand: $999,000  
Cause: 42:1983 Civil Rights Act

Date Filed: 07/08/2005  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Arthur L. Clark**  
*Individually*

represented by **William J. Pudlo**  
P.O. Box 676  
West Springfield, MA 01090  
413-739-4000  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rita M. Clark**  
*Individually*

represented by **William J. Pudlo**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond A. Clark**  
*Trustees of the E. Mt. Rd. Nominee Trust, and as Trustee of the Arthur L. Clark Family Trust and as Trustee of the Clark Sons Realty Trust*

represented by **William J. Pudlo**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard J. Clark**  
*Trustee of the E. Mt. Rd. Nominee Trust and as Trustee of the Arthur L. Clark Family Trust and as Trustee of Clark Sons Realty Trust*

represented by **William J. Pudlo**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James F. Clark**  
*Trustee of the E. Mt. Rd. Nominee Trust and as Trustee of the Arthur L. Clark Family Trust and as Trustee of Clark Sons Realty Trust*

represented by **William J. Pudlo**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arthur J. Clark**

represented by **William J. Pudlo**

*Trustee of the E. Mt. Rd. Nominee Trust, and as Trustee of the Arthur L. Clark Family Trust and as Trustee of the Clark Sons Realty Trust*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theodore Perez**
*Individually*

represented by **William J. Pudlo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Golden Acres Development Corp.**

represented by **William J. Pudlo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lynne Boscher**

represented by **Jessica H. Munyon**
Mirick O'Connell LLP
100 Front St.
Worcester, MA 01608
508-860-1510
Fax: 508-791-8502
Email: jhmunyon@modl.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth C. Pickering**
Mirick, O'Connell, DeMallie & Loungee, LLP
100 Front Street
Worcester, MA 01608-1477
508-791-8500
Fax: 508-791-8502
Email: kcpickering@modl.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Philip McEwan**

represented by **Jessica H. Munyon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth C. Pickering**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kevin Bowler**                           represented by   **Jessica H. Munyon**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kenneth C. Pickering**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Anthony Petrucelli**                     represented by   **Jessica H. Munyon**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kenneth C. Pickering**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Randall Racine**                         represented by   **Jessica H. Munyon**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kenneth C. Pickering**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**John Wysocki**                           represented by   **Jessica H. Munyon**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kenneth C. Pickering**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**William Onyski**                         represented by   **Jessica H. Munyon**
                                                            (See above for address)

                                  *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*

                                  **Kenneth C. Pickering**
                                  (See above for address)
                                  *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Andrew Denardo**                    represented by  **Jessica H. Munyon**
*Individually and Members of the*                         (See above for address)
*Westfield Planning Board During -*                         *LEAD ATTORNEY*
*2003*                                                            *ATTORNEY TO BE NOTICED*

                                  **Kenneth C. Pickering**
                                  (See above for address)
                                  *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**John Sullivan**                          represented by  **Jessica H. Munyon**
                                  (See above for address)
                                  *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*

                                  **Kenneth C. Pickering**
                                  (See above for address)
                                  *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Ronald Cole**                          represented by  **Jessica H. Munyon**
                                  (See above for address)
                                  *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*

                                  **Kenneth C. Pickering**
                                  (See above for address)
                                  *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas Flaherty**                    represented by  **Jessica H. Munyon**
*Individually and as Westfield Sewer*                         (See above for address)
*Commissioners during 2002*                               *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*

                                  **Kenneth C. Pickering**
                                  (See above for address)
                                  *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Jana Cantuccio**     represented by    **Jessica H. Munyon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth C. Pickering**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph Spagnoli**     represented by    **Jessica H. Munyon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth C. Pickering**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lee Perez**     represented by    **Jessica H. Munyon**
*Individually and as Westfield Water*    (See above for address)
*Commissioners during 2002*    *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth C. Pickering**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard K, Sullivan**     represented by    **Jessica H. Munyon**
*Individually and a Mayor of the City of*    (See above for address)
*Westfield*    *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth C. Pickering**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles Medeiros**     represented by    **Jessica H. Munyon**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Kenneth C. Pickering**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Barbara Swords**    represented by    **Jessica H. Munyon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth C. Pickering**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Adam Liptak, Jr.**    represented by    **Jessica H. Munyon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth C. Pickering**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Bannish**    represented by    **Jessica H. Munyon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth C. Pickering**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brent Bean**    represented by    **Jessica H. Munyon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth C. Pickering**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brian Sullivan**　　　　represented by　**Jessica H. Munyon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth C. Pickering**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Christopher Crean**　　　　represented by　**Jessica H. Munyon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth C. Pickering**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**James Casey**　　　　represented by　**Jessica H. Munyon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth C. Pickering**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Martin Canty**　　　　represented by　**Jessica H. Munyon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth C. Pickering**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Daniel Knapik**　　　　represented by　**Jessica H. Munyon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                          **Kenneth C. Pickering**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Christopher Keefe**                 represented by  **Jessica H. Munyon**
*Individually and as Members of the*                     (See above for address)
*Westfield City Council during 2003*                     *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kenneth C. Pickering**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2005 | 1 | COMPLAINT against Lynne Boscher, Philip McEwan, Kevin Bowler, Anthony Petrucelli, Randall Racine, John Wysocki, William Onyski, Andrew Denardo, John Sullivan, Ronald Cole, Thomas Flaherty, Jana Cantuccio, Joseph Spagnoli, Lee Perez, Richard K. Sullivan, Charles Medeiros, Barbara Swords, Adam Liptak, Jr, David Bannish, Brent Bean, Brian Sullivan, Christopher Crean, James Casey, Martin Canty, Daniel Knapik, Christopher Keefe by James F. Clark, Arthur J. Clark, Theodore Perez, Golden Acres Development Corp., Arthur L. Clark, Rita M. Clark, Raymond A. Clark, Richard J. Clark filed. Filing fee of $250.00 paid. Receipt number 205994. CF to Counsel. (Attachments: # 1)(Finn, Mary) (Entered: 07/08/2005) |
| 07/08/2005 | | Summons Issued as to Lynne Boscher, Philip McEwan, Kevin Bowler, Anthony Petrucelli, Randall Racine, John Wysocki, William Onyski, Andrew Denardo, John Sullivan, Ronald Cole, Thomas Flaherty, Jana Cantuccio, Joseph Spagnoli, Lee Perez, Richard K. Sullivan, Charles Medeiros, Barbara Swords, Adam Liptak, Jr, David Bannish, Brent Bean, Brian Sullivan, Christopher Crean, James Casey, Martin Canty, Daniel Knapik, Christopher Keefe. (Finn, Mary) (Entered: 07/08/2005) |
| 11/04/2005 | 2 | SUMMONS Returned Executed Lynne Boscher served on 11/1/2005, answer due 11/21/2005; Philip McEwan served on 11/1/2005, answer due 11/21/2005; Kevin Bowler served on 11/1/2005, answer due 11/21/2005; Anthony Petrucelli served on 11/1/2005, answer due 11/21/2005; Randall Racine served on 11/1/2005, answer due 11/21/2005; John Wysocki served on 11/1/2005, answer due 11/21/2005; William Onyski served on 11/1/2005, answer due 11/21/2005; Andrew Denardo served on 11/1/2005, answer due 11/21/2005; John Sullivan served on 11/1/2005, answer due 11/21/2005; Ronald Cole served on 11/1/2005, answer due 11/21/2005; Thomas Flaherty served on 11/1/2005, answer due 11/21/2005; Jana Cantuccio served on 11/1/2005, answer due |

| | | |
|---|---|---|
| | | 11/21/2005; Joseph Spagnoli served on 11/1/2005, answer due 11/21/2005; Lee Perez served on 11/1/2005, answer due 11/21/2005; Richard K, Sullivan served on 11/1/2005, answer due 11/21/2005; Charles Medeiros served on 11/1/2005, answer due 11/21/2005; Barbara Swords served on 11/1/2005, answer due 11/21/2005; Adam Liptak, Jr served on 11/1/2005, answer due 11/21/2005; David Bannish served on 11/1/2005, answer due 11/21/2005; Brent Bean served on 11/1/2005, answer due 11/21/2005; Brian Sullivan served on 11/1/2005, answer due 11/21/2005; Christopher Crean served on 11/1/2005, answer due 11/21/2005; James Casey served on 11/1/2005, answer due 11/21/2005; Martin Canty served on 11/1/2005, answer due 11/21/2005; Daniel Knapik served on 11/1/2005, answer due 11/21/2005; Christopher Keefe served on 11/1/2005, answer due 11/21/2005. (Attachments: # 1 summons)(Stuckenbruck, John) (Entered: 11/04/2005) |
| 12/19/2005 | 3 | MOTION to Dismiss by Lynne Boscher, Philip McEwan, Kevin Bowler, Anthony Petrucelli, Randall Racine, John Wysocki, William Onyski, Andrew Denardo, John Sullivan, Ronald Cole, Thomas Flaherty, Jana Cantuccio, Joseph Spagnoli, Lee Perez, Richard K, Sullivan, Charles Medeiros, Barbara Swords, Adam Liptak, Jr, David Bannish, Brent Bean, Brian Sullivan, Christopher Crean, James Casey, Martin Canty, Daniel Knapik, Christopher Keefe.(Pickering, Kenneth) (Entered: 12/19/2005) |
| 12/19/2005 | 4 | MEMORANDUM in Support re 3 MOTION to Dismiss filed by Lynne Boscher, Philip McEwan, Kevin Bowler, Anthony Petrucelli, Randall Racine, John Wysocki, William Onyski, Andrew Denardo, John Sullivan, Ronald Cole, Thomas Flaherty, Jana Cantuccio, Joseph Spagnoli, Lee Perez, Richard K, Sullivan, Charles Medeiros, Barbara Swords, Adam Liptak, Jr, David Bannish, Brent Bean, Brian Sullivan, Christopher Crean, James Casey, Martin Canty, Daniel Knapik, Christopher Keefe. (Pickering, Kenneth) (Entered: 12/19/2005) |
| 12/19/2005 | 5 | AFFIDAVIT of Kenneth C. Pickering in Support re 3 MOTION to Dismiss filed by Lynne Boscher, Philip McEwan, Kevin Bowler, Anthony Petrucelli, Randall Racine, John Wysocki, William Onyski, Andrew Denardo, John Sullivan, Ronald Cole, Thomas Flaherty, Jana Cantuccio, Joseph Spagnoli, Lee Perez, Richard K, Sullivan, Charles Medeiros, Barbara Swords, Adam Liptak, Jr, David Bannish, Brent Bean, Brian Sullivan, Christopher Crean, James Casey, Martin Canty, Daniel Knapik, Christopher Keefe. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit)(Pickering, Kenneth) (Entered: 12/19/2005) |
| 01/06/2006 | 6 | Pltfs' ASSENTED to MOTION for Extension of Time to 1/31/2006 to resp. to the Defts' motion to dismiss by James F. Clark, Arthur J. Clark, Arthur L. Clark, Rita M. Clark, Raymond A. Clark, Richard J. Clark filed.(Finn, Mary) (Entered: 01/06/2006) |
| 01/06/2006 | | Judge Michael A Ponsor : ELECTRONIC ENDORSEDORDER entered granting the Pltfs' Assented 6 Motion for Extension of Time to 1/31/2006 to resp. to the Defts' motion to dismiss; cc/cl. (Finn, Mary) (Entered: 01/06/2006) |
| | | |

| | | |
|---|---|---|
| 01/31/2006 | 7 | Pltfs' Opposition to the Defts' 3 MOTION to Dismiss by James F. Clark, Arthur J. Clark, Theodore Perez, Golden Acres Development Corp., Arthur L. Clark, Rita M. Clark, Raymond A. Clark, Richard J. Clark filed. (Finn, Mary) (Entered: 01/31/2006) |
| 02/01/2006 | 8 | Judge Michael A Ponsor : Electronic ORDER entered. REFERRING MOTION 3 MOTION to Dismiss filed by Thomas Flaherty,, John Wysocki,, Philip McEwan,, Martin Canty,, John Sullivan,, Charles Medeiros,, David Bannish,, James Casey,, Barbara Swords,, Anthony Petrucelli,, Kevin Bowler,, Brian Sullivan,, Lynne Boscher,, Randall Racine,, William Onyski,, Andrew Denardo,, Ronald Cole,, Jana Cantuccio,, Joseph Spagnoli,, Lee Perez,, Richard K, Sullivan,, Adam Liptak, Jr., Brent Bean,, Christopher Crean,, Daniel Knapik,, Christopher Keefe, to Magistrate Judge Kenneth P. Neiman(French, Elizabeth) (Entered: 02/01/2006) |
| 08/14/2006 | 9 | Magistrate Judge Kenneth P. Neiman. REPORT AND RECOMMENDATIONS re 3 MOTION to Dismiss filed by Defendants, ENTERED, cc:cl. Recommendation: "...For the reason stated the court recommends that Defendants' motion to dismiss be ALLOWED." Objections to R&R due by 8/31/2006.(Healy, Bethaney) (Entered: 08/15/2006) |
| 08/28/2006 | 10 | Pltf's OBJECTION to the 9 Report and Recommendations re: Defts' motion to dismiss by James F. Clark, Arthur J. Clark, Theodore Perez, Golden Acres Development Corp., Arthur L. Clark, Rita M. Clark, Raymond A. Clark, Richard J. Clark filed. (Finn, Mary) (Entered: 08/29/2006) |
| 08/29/2006 | | Case no longer referred to Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 08/29/2006) |
| 09/08/2006 | 11 | REPLY TO OBJECTION to 9 Report and Recommendations filed by all defendants. (Pickering, Kenneth) (Entered: 09/08/2006) |
| 09/13/2006 | 12 | Judge Michael A Ponsor : MEMORANDUM AND ORDER entered adopting 9 Report and Recommendations, and granting Dft's 3 Motion to Dismiss. See the attached memo & order for complete details. cc/cl (Lindsay, Maurice) (Entered: 09/13/2006) |
| 09/13/2006 | 13 | Judge Michael A Ponsor : ORDER entered. JUDGMENT in favor of Defendants Lynne Boscher, et al. against Plaintiffs Arthur L. Clark, et al. (Lindsay, Maurice) (Entered: 09/13/2006) |
| 10/11/2006 | 14 | NOTICE OF APPEAL as to 13 Judgment by James F. Clark, Arthur J. Clark, Theodore Perez, Golden Acres Development Corp., Arthur L. Clark, Rita M. Clark, Raymond A. Clark, Richard J. Clark. (NOTE: FEE $455 NOT PAID) NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/31/2006. (Lindsay, Maurice) (Entered: 10/11/2006) |

Case 3:05-cv-30163-MAP   Document 85   Page 11 of 11