# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number : C.A. 05-30163-MAP

ARTHUR L. CLARK, ET AL,

v.

LYNNE BOSCHER, ET AL

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

#'S 1 - 14

and contained in   1   Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/11/06

In testimony whereof, I hereunto set my hand and affix the seal of this Court on . 10/17/06

Sarah A Thornton, Clerk of Court

By:   /s/ Mary Finn
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/17/6 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:   06-2473

O:\Clerks Office\Forms\Local\ClerksCertificate-COA.frm- 3/06



RECEIVED OCT 13 2006 By: U.S. Court of Appeals