# United States Court of Appeals
## For the First Circuit

No. 06-2473

ARTHUR L. CLARK, individually; RITA M. CLARK, individually;
RAYMOND A. CLARK, Trustee of the E. Mt. Rd. Nominee Trust, and
as Trustee of the Arthur L. Clark Family Trust and as Trustee
of the Clark Sons Realty Trust; RICHARD J. CLARK, Trustee of the
E. Mt. Rd. Nominee Trust, and as Trustee of the Arthur L. Clark
Family Trust and as Trustee of the Clark Sons Realty Trust;
JAMES F. CLARK, Trustee of the E. Mt. Rd. Nominee Trust, and as
Trustee of the Arthur L. Clark Family Trust and as Trustee of the
Clark Sons Realty Trust; ARTHUR J. CLARK, Trustee of the E. Mt.
Rd. Nominee Trust, and as Trustee of the Arthur L. Clark Family
Trust and as Trustee of the Clark Sons Realty Trust;
THEODORE PÉREZ, individually; GOLDEN ACRES DEVELOPMENT CORP.,

Plaintiffs, Appellants,

v.

LYNNE BOSCHER, PHILIP McEWAN, KEVIN BOWLER, ANTHONY PETRUCELLI,
RANDALL RACINE, JOHN WYSOCKI, WILLIAM ONYSKI and ANDREW DENARDO,
individually and as Members of the Westfield Planning Board
During 2003; JOHN SULLIVAN, RONALD COLE and THOMAS FLAHERTY,
individually and as Westfield Sewer Commissioners During 2002;
JANA CANTUCCIO, JOSEPH SPAGNOLI and LEE PÉREZ, individually and
as Westfield Water Commissioners During 2002; RICHARD K.
SULLIVAN, individually ans as Mayor of the City of Westfield;
and CHARLES MEDEIROS, BARBARA SWORDS, ADAM LIPTAK, JR.,
DAVID BANNISH, BRENT BEAN, BRIAN SULLIVAN, CHRISTOPHER CREAN,
JAMES CASEY, MARTIN CANTY, DANIEL KNAPIK, and CHRISTOPHER KEEFE,
individually and as Members of the Westfield City Council
During 2003,

Defendants, Appellees.

**JUDGMENT**

Entered: January 31, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Richard Cushing Donovan, Clerk

[cc: Mr. Pudlo, Ms. Munyon, & Mr. Pickering.]